JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – RONALD REAGAN FEDERAL BUILDING

| | |
|---|---|
| GINA HUERTA, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>BANK OF AMERICA; a Delaware Corporation; BANK OF AMERICA, NATIONAL ASSN., a Corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No. EDCV13-00773 AG (OPx)<br><br>[Assigned to: Hon. Andrew J. Guilford]<br><br>**ORDER TO DISMISS ENTIRE CIVIL ACTION WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**ORDER**

The Court, having considered the parties' Stipulation to Dismiss Entire Civil Action With Prejudice in its entirety pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure with each party bearing her / its own attorneys' fees and costs, **GRANTS** the Stipulation and the suit is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: May 29, 2014

_____
The Honorable Andrew J. Guilford
Judge of the United States District Court

Case No. EDCV13-00773 AG (OPx) – 1 –

REED SMITH LLP
A limited liability partnership formed in the State of Delaware